United States District Court
Southern District of Texas
**ENTERED**
September 09, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

═══════════════
No. 3:21-cv-162
═══════════════

THOMAS LEE ALEXANDER, III, TDCJ #2353385, PLAINTIFF,

v.

SHERIFF HENRY TROCHESSET, *ET AL.*, DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

Plaintiff Thomas Lee Alexander, III, a Texas state inmate, filed a complaint under 42 U.S.C. §§ 1985, 1986, alleging that multiple officials conspired to interfere with his civil rights while he was detained at the Galveston County Jail. Dkt. 1. On July 17, 2024, the court entered an order for Alexander to submit a more definite statement of the facts involved in this action within 30 days. Dkt. 8. The order expressly warned Alexander that his case could be dismissed if he failed to comply as directed. On August 16, 2024, the court granted Alexander an extension of time and ordered him to file any more definite statement on or before September 6, 2024. Dkt. 10.

To date, Alexander has not complied with the court's order.

Alexander's failure to pursue this action forces the court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order). Alexander is advised that upon a proper showing of good cause for his failure to comply with the court's order for a more definite statement, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, any motion filed under Rule 60(b) must be accompanied by a more definite statement.

Accordingly, it is **ORDERED** that this action be **DISMISSED** without prejudice for want of prosecution.

Signed on Galveston Island this  9th  day of   September  , 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE